FILE COPY

RE: Case No. 25-0628                    DATE: 7/18/2025
    COA #: 15-24-00052-CV                 TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

        Today the Supreme Court of Texas received and filed a
motion for extension of time to file petition for review
pursuant to Rule 53.7(f) in the above numbered and styled
case.


                    MS. KIMBERLY S. KELLER
                    KELLER STOLARCZYK PLLC
                    215 W. BANDERA ROAD NO. 114-PMB 800
                    BOERNE, TX   78006
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628                     DATE: 7/18/2025
    COA #: 15-24-00052-CV                    TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

CHRISTOPHER   PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX   78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628              DATE: 7/18/2025
COA #: 15-24-00052-CV           TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

DISTRICT CLERK  GILLESPIE COUNTY
GILLESPIE COUNTY COURT
101 W. MAIN STREET
MAIL UNIT 3, RM 204
FREDERICKSBURG, TX  78624-3700
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628                    DATE: 7/18/2025
COA #: 15-24-00052-CV                    TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. KAREN  WATKINS
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
300 WEST 15TH STREET, 10TH FLOOR
AUSTIN, TX  78701-2986
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628                   DATE: 7/18/2025
COA #: 15-24-00052-CV                  TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

     Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.


                    MR. IAN  LANCASTER
                    ASSISTANT ATTORNEY GENERAL
                    300 W 15TH ST FL 10
                    AUSTIN, TX  78701-1649
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628                    DATE: 7/18/2025
    COA #: 15-24-00052-CV                   TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. HENRY "H" CARL MYERS
ATTORNEY GENERAL'S OFFICE
PO BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *